

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2017

No. 04-16-00559-CR

Stanley Foster **BAKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1755-CR-A
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

Appellant's brief was due on October 20, 2017. Five days later, after no brief or motion for extension of time to file the brief as filed, we ordered Appellant's court-appointed attorney Chris Iles to file the brief not later than November 6, 2017.

On October 25, 2017, Appellant filed the brief and a motion for extension of time to file the brief. The motion is granted; Appellant's brief is deemed timely filed.

The State's brief is due on November 27, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court